UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY G. OLSON, an individual; SUSAN OLSON, an individual; QUALITY IMPROVEMENT CONSULTANTS, INC., a Nevada corporation,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>INDIANAPOLIS LIFE INSURANCE COMPANY, a Domestic Insurance Corporation; L. DONALD GUESS, DMD, a.k.a. LEWIS D. GUESS, DMD, an individual; RAYMOND MICHAEL SHEA a.k.a. RAY SHEA and RAYMOND M. SHEA, an individual; XELAN, THE ECONOMIC ASSOCIATION OF HEALTH PROFESSIONALS, INC., a California corporation; DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 06cv1141- J (BLM)<br><br>**ORDER (1) CONFIRMING SETTLEMENT, (2) SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL, AND (3) DENYING JOINT MOTION TO EXTEND SCHEDULING ORDER DATES AS MOOT [DOC. NO. 45]** |

A Mandatory Settlement Conference was held on May 16, 2007 at 9:30 a.m. The case settled.

A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **June 18, 2007**. A proposed order on the joint motion for dismissal must be e-mailed to the

district judge's chambers[1] on the same day.  If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **June 18, 2007**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **June 21, 2007** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

Finally, in light of the parties' settlement, the Joint Motion and Stipulation Rescheduling Expert Designation and Disclosure Dates, Discovery Completion Date and Pretrial Motion Submission Date [Doc. No. 45] is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: May 16, 2007

BARBARA L. MAJOR
United States Magistrate Judge

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

```
 1  COPY TO:
 2  HONORABLE NAPOLEON A. JONES, JR.
    U.S. DISTRICT JUDGE
 3
    ALL COUNSEL
 4
```