FILED

07 JUL -5 AM 8:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDC_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY G. OLSON, an individual; SUSAN OLSON, an individual; QUALITY IMPROVEMENT CONSULTANTS, INC., a California corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>L. DONALD GUESS, DMD aka LEWIS D. GUESS, DMD, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, a Domestic Insurance Corporation; RAYMOND MICHAEL SHEA aka RAY SHEA, an individual,<br><br>　　　　　　　　Defendants. | CASE NO.: 06cv1141J (BLM)<br><br>ORDER FOR DISMISSAL<br><br>Judge: Hon. Napoleon Jones, Jr. |
| RAYMOND M. SHEA., an individual,<br><br>　　　　　　　　Cross-Complainant,<br><br>v.<br><br>XELAN, THE ECONOMIC ASSOCIATION OF HEALTH PROFESSIONALS, INC., a California corporation; L. DONALD GUESS, DMD aka LEWIS D. GUESS, DMD, an individual; ROES 1 through 25, inclusive,<br><br>　　　　　　　　Cross-Defendants. | |
| L. DONALD GUESS, DMD, an individual; and XELAN, THE ECONOMIC ASSOCIATION OF HEALTH PROFESSIONALS, INC., | |

C:\Documents and Settings\lc2jon\Local Settings\Temp\notes1C7949\Order for Dismissal.wpd

06cv1141J(BLM)
ORDER FOR DISMISSAL

|   |   |
|---|---|
| Cross-Claimant, |   |
| v. |   |
| RAYMOND MICHAEL SHEA aka RAY SHEA and RAYMOND M. SHEA, an individual; and POES 1 through 25, inclusive, |   |
| Cross-Defendant |   |

On joint motion of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety. [Doc. No. 52.]

**IT IS SO ORDERED.**

Dated  7-2-07

_____
Judge of the U. S. District Court
Southern District of California